# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHARLES BROWN,<br><br>        Plaintiff,<br><br>  v.<br><br>CORONA, et al.,<br><br>        Defendants. | Case No.: 1:25-cv-01340-KES-CDB<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 10)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Doc. 11)<br><br><u>Deadline re Amended Complaint: 4/9/2026</u> |

Plaintiff Lonnie Charles Brown is appearing pro se and *in forma pauperis* in this civil rights action.

## I.     BACKGROUND

On March 12, 2026, when Plaintiff failed to respond to the Court's First Screening Order and the related Order to Show Cause (OSC) concerning his failure to file a first amended complaint or a notice of voluntary dismissal, the undersigned issued Findings and Recommendations to Dismiss Action Without Prejudice for a Failure to Obey Court Orders and Failure to Prosecute. (Doc. 10.) Any objections were to be filed within 14 days. (*Id*. at 4-5.)

On March 16, 2026, Plaintiff filed a Request for Extension of Time to Respond to the Court's Order. (Doc. 11.)

**II.    DISCUSSION**

Plaintiff states he "has been attempting to acquire pertinent records that are essential to his reply, but has been unsuccessful in obtaining necessary information." (Doc. 11.) Further, Plaintiff states he "recently came off an institutional lockdown" issued on February 13, 2026. (*Id*.) He asks for a 30-day extension of time to April 9, 2026. (*Id*.)

Plaintiff's request for an extension to April 9, 2026, will be granted. However, the Court provides Plaintiff the following admonishment. Plaintiff was advised in the Court's First Screening Order issued January 26, 2026, that a first amended complaint or a notice of voluntary dismissal was due "**[w]ithin 21 days** from the date of service" of that order. (*See* Doc. 7 at 10, emphasis in original.) Plaintiff also was advised that a failure to timely comply would result in a recommendation that the action be dismissed for failure to obey a court order and failure to prosecute. (*Id.*) A 21-day deadline meant Plaintiff's response was due no later than February 16, 2026. Yet Plaintiff failed to timely request an extension of that deadline and allowed more time to pass necessitating the Court's issuance of an OSC and later Findings and Recommendations. Plaintiff is reminded that "all Court deadlines are strictly enforced" and that "[r]equests for time extensions must be filed before the deadline expires …." (*See* Doc. 2 at 5 [First Informational Order issued 10/8/25].)

In light of this, the Court is not inclined to grant further untimely requests by Plaintiff to extend a deadline absent compelling circumstances.

**III.    CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1.  The Findings and Recommendations issued March 12, 2026 (Doc. 10) are **VACATED**;

2.  Plaintiff's request for an extension of time (Doc. 11) is **GRANTED**; and

3.  Plaintiff **SHALL** file a first amended complaint, curing the deficiencies identified in

the screening order, **no later than April 9, 2026**.

**Any failure by Plaintiff to timely file a first amended complaint as ordered will result in the reissuance of findings and recommendations to dismiss this action without prejudice for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **March 18, 2026**

UNITED STATES MAGISTRATE JUDGE

3