UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHARLES BROWN,<br><br>                    Plaintiff,<br><br>        v.<br><br>CORONA, et al.,<br><br>                    Defendants. | Case No.: 1:25-cv-01340-KES-CDB<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 13)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Doc. 14)<br><br>Deadline re Amended Complaint: 8/10/2026 |

Plaintiff Lonnie Charles Brown is appearing pro se and *in forma pauperis* in this civil rights action.

**I.      BACKGROUND**

On March 12, 2026, when Plaintiff failed to respond to the Court's First Screening Order and the related Order to Show Cause (OSC) concerning his failure to file a first amended complaint or a notice of voluntary dismissal, the undersigned issued Findings and Recommendations to Dismiss Action Without Prejudice for a Failure to Obey Court Orders and Failure to Prosecute. (Doc. 10.) Any objections were to be filed within 14 days. (*Id*. at 4-5.)

On March 16, 2026, Plaintiff filed a Request for Extension of Time to Respond to the Court's Order. (Doc. 11.)

On March 18, 2026, the Court vacated the Findings and Recommendations and granted Plaintiff an extension to April 9, 2026, within which to file his first amended complaint. (Doc. 12.)

On April 17, 2026, after Plaintiff again failed to file a first amended complaint as ordered, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to state a claim, failure to obey court orders, and failure to prosecute. (Doc. 17.) Plaintiff did not file objections and the Findings and Recommendations were pending review by the assigned district judge.

On July 6, 2026, Plaintiff filed a document titled "plaintiffs explanation to the Court as to why this case should be dismissed." (Doc. 14.)

**II.      DISCUSSION**

Plaintiff states he was "forced into the" restricted housing unit (RHU) on March 31, 2026 and remained housed in RHU until June 8, 2026. (Doc. 14 at 1-2.) Additionally, Plaintiff states his legal property had been misplaced and it was not returned until June 23, 2026. (*Id*.) Plaintiff asks the Court for an additional 35 days within which to file his first amended complaint. (*Id*.)

Plaintiff will be granted a final opportunity to file a first amended complaint curing the deficiencies identified in the Court's January 26, 2026, screening order. Because more than six months have elapsed since the Court issued its First Screening Order, absent extraordinary circumstances, no further requests for an extension of time will be entertained.

**III.      CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1.   The Findings and Recommendations issued April 17, 2026 (Doc. 13) are **VACATED**;

2.   Plaintiff's request for an extension of time (Doc. 14) is **GRANTED**; and

3.   Plaintiff **SHALL** file a first amended complaint, curing the deficiencies identified in the screening order, **no later than August 10, 2026**.

**Any failure by Plaintiff to file a first amended complaint as ordered will result in the reissuance of findings and recommendations to dismiss this action without prejudice for failure to state a claim, failure to obey court orders, and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **July 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3