UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LONNIE CHARLES BROWN,

Plaintiff,

v.

CORONA, et al.,

Defendants.

Case No.: 1:25-cv-01340-KES-CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND FOR A FAILURE TO STATE A CLAIM

Docs. 17, 19

Plaintiff Lonnie Charles Brown is appearing pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed his first amended complaint on August 12, 2026. Doc. 17. On September 11, 2026, the magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations that the action be dismissed, without leave to amend, for plaintiff's failure to state a claim upon which relief could be granted. Doc. 19. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. *Id*. at 10. Plaintiff did not file any objections, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to

be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 11, 2026, Doc. 19, are adopted in full;
2. This action is dismissed, without leave to amend, based on plaintiff's failure to state a claim upon which relief can be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE